UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-14047-BLOOM

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW CUNNINGHAM

Defendant.

_____/

**UNOPPOSED MOTION TO CONTINUE VIOLATION OF SUPERVISED
RELEASE SENTENCING HEARING**

Defendant, Andrew Cunningham, through undersigned counsel, respectfully requests this Court to continue the Violation of Supervised Release sentencing hearing in the above-styled cause.

On November 19, 2025 in Magistrate Court, Mr. Cunningham admitted to the eleven supervised release violations [DE 167]. On February 17, 2026, the Magistrate Court filed its Report and Recommendation that the District Court accept Mr. Cunningham's admission to these violations and schedule a sentencing hearing. [DE 168]. Your Honor initially scheduled the sentencing hearing for March 13, 2026. [DE 169]. On March 4, 2026, Your Honor adopted the Magistrate Court's Report and Recommendation and then rescheduled sentencing for Friday, March 20, 2026. [DE 170, 171]. In the early morning hours of March 20, 2026, Undersigned Counsel had an unpredicted emergency and requested this Court to postpone sentencing, as she was unable to attend court proceedings. Your Honor then rescheduled the sentencing

hearing for April 17, 2026 at 10:00 a.m. in the Miami Division. [DE 172]. Unfortunately, Undersigned Defense Counsel has a previously scheduled sentencing hearing in *United States v. Ramiro Barrios-Montoya*, 25-cr-14074-AMC, at 9:30 a.m. in Fort Pierce District Court on that same day.

Counsel conferred with AUSA Christopher Hudock and United States Probation Officer Amanda Maghan, whom do not have an objection to this continuance. *See* Local Rule 88.9. The parties are all available in the morning hours of Friday, April 24, 2026 and anytime on Monday, April 27, 2026 if the Court would consider a continuance on one of those days.

WHEREFORE, Andrew Cunningham, through counsel, respectfully requests this Honorable Court to continue the sentencing hearing in the above-styled cause.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By:   s/**Renee M. Sihvola**
Renee M. Sihvola
Assistant Federal Public Defender
Florida Bar Number: 116070
109 North Second Street
Fort Pierce, Florida 34950
Tel: 772-489-2123
E-Mail: Renee_Sihvola@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___*s/ Renee Sihvola*_____
Renee Sihvola